HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ANDREW RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW RODRIGUEZ,<br><br>Defendant. | Case No. 1:16-cr-00026 LJO-SKO-2<br><br>**[AMENDED] STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: Unassigned |

Defendant, ANDREW RODRIGUEZ, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2.      The United States Sentencing Commission recently amended the Sentencing Guidelines to limit the overall criminal history impact of "status points" by assigning zero status

points for offenders with six or fewer criminal history points, and one status point for offenders with seven or more criminal history points ("status-point provision").  *See* Amendment 821, Part A; *compare* USSG § 4A1.1(d) (2022), *with* USSG § 4A1.1(e) (Nov. 1, 2023).  The United States Sentencing Commission made the status-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3.      Mr. Rodriguez received 6 criminal history points based on his past criminal convictions and 2 criminal history points pursuant to former USSG § 4A1.1(d) for a total criminal history score of 8, which placed Mr. Rodriguez in criminal history category IV with a recommended guideline range of 188 - 235 months.  Mr. Rodriguez is subject to a ten-year statutory mandatory minimum.  ;

4.      On August 29, 2016, this Court sentenced Mr. Rodriguez to a term of 131 months. The Court departed below the original applicable Guidelines range for the reasons stated in Section V of the Statement of Reasons;

5.      The sentencing range applicable to Mr. Rodriguez was subsequently lowered by the status-point provision, which reduces his criminal history score to 6, lowering his criminal history category from IV to III, resulting in an amended advisory guideline range of 168-210 months;

6.      When the defendant's original sentence was below the applicable guideline range, the court may grant a comparable reduction below the amended guideline range in accordance with the exceptions set forth in USSG § 1B1.10(b)(2)(B), however, the amended sentence cannot be less than the 10 year (120 month) mandatory minimum;

7.      Because Mr. Rodriguez is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Rodriguez's term of imprisonment to 120 months, effective 10 days from the date of the amended judgment.  If the amount of time served as of the effective date of the Court's Order exceeds 120 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.[1]

---

[1] This 10-day period is requested by the Bureau of Prisons to perform its statutory duties and release planning.

1    Respectfully submitted,

2    Dated:  February 2, 2024                    Dated:   February 2, 2024

3

4    PHILLIP A. TALBERT                          HEATHER E. WILLIAMS
     United States Attorney                      Federal Defender

5

6    _/s/ Shelley D. Weger_____                _/s/ Peggy Sasso_____
     SHELLEY D. WEGER                            PEGGY SASSO
7    Assistant U.S. Attorney                     Assistant Federal Defender

8    Attorney for Plaintiff                      Attorney for Defendant
     UNITED STATES OF AMERICA                    ANDREW RODRIGUEZ

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        This matter came before the Court on the stipulated motion of the parties for reduction of

3    sentence pursuant to 18 U.S.C. § 3582(c)(2).

4        The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit of

5    Amendment 821, Part A, the new status point provision, codified at USSG § 4A1.1(e), which

6    reduces his criminal history category from IV to III, resulting in an amended guideline range of

7    168 - 210 months.

8        IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b)(2)(B), the term of

9    imprisonment imposed in 2016 is reduced to a term of 120 months, effective 10 days from the

10   date of the amended judgment.  If the amount of time served as of the effective date of this Order

11   exceeds 120 months, the sentence is instead reduced to a sentence of time-served effective 10

12   days from the date of the amended judgment.

13       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

14   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

15   reduction in sentence and shall serve certified copies of the amended judgment on the United

16   States Bureau of Prisons and the United States Probation Office.

17       Unless otherwise ordered, Mr. Rodriguez shall report to the United States Probation

18   Office within seventy-two hours after his release.

19

20   IT IS SO ORDERED.

21    Dated:  **February 5, 2024**

     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28