AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:16-cr-00026-JLT-SKO   Document 163   Filed 02/13/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:16-cr-00026-002 |
| ANDREW RODRIGUEZ | ) | |
| | ) | USM No: 75567-097 |
| Date of Original Judgment: 08/29/2016 | ) | |
| Date of Previous Amended Judgment: | ) | Peggy Sasso, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 131 months **is reduced to** 120 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/31/2016 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/06/2024

*Judge's signature* (Jennifer L. Thurston)

Effective Date: 10 days from the date of this order
*(if different from order date)*

Honorable District Judge Jennifer L. Thurston
*Printed name and title*